UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAY 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Troy Hamilton,                )
        Plaintiff,            )     05-3129
vs.                           )     No. 210-2004-06661
Springfield Sanitary Dist.    )
        Defendant(s)          )

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

1. I, Troy L. Hamilton, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_____
_____
_____
_____
_____

3. In further support of my motion, I declare that (check appropriate answer):

____✓____    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

_____    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____Mary L. Hamilton_____
Movant's Signature

_____1322 Dennison Dr Apt C++_____
Street Address

_____Springfield IL. 62704_____
City/State/Zip Code

Date: May 25, 2005

10/94

2