E-FILED
Wednesday, 08 June, 2005  11:40:49 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Troy L. Hamilton

v.

Springfield Metro Sanitary District

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3129

TO: (Name and address of Defendant)

Springfield Metro Sanitary District
3017 N. 8th Street
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro-Se
Troy L. Hamilton
1327 Dennison Drive
Apt. C.
Springfield, IL.

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                6/8/2005
CLERK                                           DATE

s/Christy Taylor
(By) DEPUTY CLERK