E-FILED
Monday, 27 June, 2005  04:00:34 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### Central District of Illinois

| | |
|---|---|
| Troy L. Hamilton, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 05-3129 |
| | ) |
| Springfield Metro Sanitary District, | ) |
|     Defendant. | ) |

**FILED**
JUN 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ENTRY OF APPEARANCE

NOW COMES Justin A. Reichert and Bruce Stratton of STRATTON, GIGANTI, STONE & KOPEC, and enter our appearance as counsel for Defendant, Springfield Metro Sanitary District.

Springfield Metro Sanitary District, Defendant.,

By: _/s/ Justin A. Reichert_
STRATTON, GIGANTI, STONE & KOPEC
Justin A. Reichert

Justin A. Reichert (#6276768)
Bruce Stratton
STRATTON, GIGANTI, STONE & KOPEC
725 South Fourth Street
Springfield, IL 62703
217/528-2183