**E-FILED**
Monday, 27 June, 2005  04:07:52 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### Central District of Illinois

Troy L. Hamilton,            )
      Plaintiff,       )
                )
      vs.              )   Case No.  05-3129
                )
Springfield Metro Sanitary District,   )
      Defendant.       )

**FILED**

JUN 2 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### MOTION TO DISMISS

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant in the above entitled cause, by its attorneys Justin A. Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and moves this Court, pursuant to the provisions of Federal Rule of Civil Procedure 12 (b)6, to dismiss the complaint heretofore filed against it for the reason that the Plaintiff has failed to state a cause of action upon which relief can be granted, in that the Plaintiff has failed to file his complaint within ninety days following his receipt of the "right to sue" letter issued to him by the Equal Employment Opportunity Commission as required by law.

Wherefore, Defendant Springfield Metro Sanitary District respectfully prays the dismissal of the Plaintiff's Complaint at his own costs.

Springfield Metro Sanitary District

By: _Justin A. Reichert_
      one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

1

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the

undersigned certifies that service of the foregoing **MOTION TO DISMISS** was made by mailing a true and

correct copy thereof in a sealed envelope, postage fully to:

Troy L. Hamilton
1327 Dennison Dr., Apt. C
Springfield, Illinois 62704

by placing same in the regular United States Mail, and by placing same in Certified U.S. Mail, this $\underline{27^{th}}$ day of
June, 2005.