E-FILED
Wednesday, 29 June, 2005  02:53:21 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### Springfield DIVISION

June 29, 2005

**Troy L Hamilton**
1327 Dennison Drive
Apartment C
Springfield, IL 62704

RE:  Hamilton v Springfield, Metro
CASE NO.  05-3129

Dear Mr Hamilton:

     NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                             s/John M. Waters

                             JOHN M. WATERS, CLERK
                             U.S. DISTRICT COURT

cc:  all counsel

05-3129ltr.wpd