E-FILED
Tuesday, 12 July, 2005 03:44:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TROY L. HAMILTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-3129 |
| Springfield Metro Sanitary District, | ) |
| Defendant. | ) |

FILED
JUL 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Now comes TROY L. HAMILTON, Pro Se plaintiff in the above captioned matter in response to Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). In support plaintiff states the following:

1. Plaintiff filed his Motion for Appointment of Counsel, Petition and Affadavitt for leave to proceed in Forma Pauperis and his Pro Se Complaint alleging Employment Discrimination. All documents were submitted and filed with this Court on May 26, 2005.

2. The Court docketing statement erroneously stated that Plaintiff filed his Motion for appointment of counsel, and leave to Proceed in Forma Pauperis on May 31, 2005.

3. The Court, on June 3, 2005, issued it's Order allowing Plaintiff leave to Proceed in Forma Pauperis and denied Plaintiff's Motion to Appoint Counsel. The Court then directed the Clerk of the Court to file Plaintiff's attached Complaint on the same date.

4. The Clerk of the Court did not file Plaintiff's complaint until June 6,

2005, three days after the Court directed the Clerk to file.

      5. Plaintiff's right to sue letter was drafted and sent on February 28, 2005 and received by Plaintiff three days later on March 3, 2005. The time started on the date received and 90 days thereafter was June 3, 2005. This is the date the Court directed the Clerk to file the complaint and had the Courts instructions been adhered to then there would be no question concerning the timely filing of the complaint.

      6. The Defendant's Motion to Dismiss erroneously stated that the Complaint should have been filed on June 1, 2005. Obviously the Defendant failed to take into account that February has only 28 days, plus 3 days for service made the start date for counting the 90 days to commence on March 3, 2005. Thus June 3, 2005 was the actual deadline for filing the Plaintiff's complaint.

WHEREFORE, Plaintiff respectfully prays that the Defendant's Motion to Dismiss be denied and Plaintiff be able to proceed with his complaint.

                                       TROY L. HAMILTON

*/s/ Troy L. Hamilton*

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the following:

Justin A. Reichert
Bruce Stratton
Stratton, Giganti, Stone And Kopec
725 South Fourth St.
Springfield Illinois 62703

By enclosing the same in envelopes, plainly addressed to the persons at the addresses shown, postage fully prepaid, and by depositing said envelopes in a United States Post Office mail box in Springfield, Illinois on the ____11th____ day of July, 2005.

TROY L. HAMILTON

Ralph E. Williams,
Attorney at Law
Post Office Box 3081
Springfield, Illinois 62708
217-414-8290
Attorney Registration No. 6203347

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Troy L. Hamilton )
_____ )
                 )
  Plaintiff,     )
                 )                05-3129
  vs.            )   Case No. 210-2004-06661
                 )   (Supplied by Clerk)
Springfield Metro )
Sanitary District )                FILED
                 )
  Defendant(s).  )             MAY 2 6 2005

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS       JOHN M. WATERS, Clerk
                                   U.S. DISTRICT COURT
  I, Troy L. Hamilton            , CENTRAL DISTRICT OF ILLINOIS
petitioner, move the court for leave to proceed in forma
pauperis in the above-named action. I declare under
penalty of perjury that the following facts are true:

  1. I am the party initiating this action and I
believe I am entitled to redress.

  2. I am unable to prepay the fees and costs of
this proceeding, or to give security, because of my
poverty.

  3. I am (check one) Single ✓ Married ___
Separated ___ Divorced ___

  4. My responses to the following questions are
true: Yes

  A. Are you presently employed in any capacity
including a paying position while incarcerated as an
inmate in a correctional center?
Yes (  )   No ( ✓ )

  B. If so, by whom, what is your position, and
what is your pay? _____

  C. If not, when were you last employed and what
was your pay? This includes prior inmate positions?
Best Cleaning Services   8.25 per hr.

1