UNITED STATES DISTRICT COURT
Central District of Illinois

Troy L. Hamilton,  )
      Plaintiff,  )
)
vs.  )  Case No. 05-3129
)
Springfield Metro Sanitary District,  )
      Defendant.  )

### MOTION FOR DIRECTION FROM THE COURT

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant in the above entitled cause, by its attorneys Justin A. Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and moves this Court to give direction to the Defendant on how to properly proceed with discovery in this action, and in support of this motion states as follows:

1. That on July 29, 2005, the Court entered the following order:
"Telephone Status/Scheduling is set for TUESDAY, AUGUST 23, 2005, at 11:00 a.m. Court will initiate conference call. Attorneys are directed to comply with Federal Rules of Civil Procedure 26(f) by meeting as soon as practicable, and in any event at least fourteen (14) days prior to the scheduling conference, and are to submit a proposed discovery plan in writing to the Court at least four (4) days prior to the scheduling conference. Such a plan must include, at a minimum, those items listed in CDIL-LR 26.2(3), Rule 26(f), and CDIL-LR 16.2(E) with proposed deadlines. If a discovery plan is not submitted as required, the discovery conference may not be held and costs may be assessed";

2. That pursuant to CDIL-LR 26.2 (1), "F.R.Civ.P. 26 shall control the initial stages of discovery/disclosure in this court in all cases filed on or after January 1, 1994 with the following *exceptions*: ...... (b) All cases with a pro se party, and ......"

3.      That pursuant to CDIL-LR 26.2(3), "Attorneys in all cases not exempt from F.R.Civ.P. 26(f) shall comply with F.R.Civ.P. 26(f) before the date set by the court for the initial scheduling conference. The parties shall produce and file a proposed discovery plan which meets the requirements of F.R.Civ.P. 26(f). The attorney for the plaintiff shall be responsible for arranging the meeting and filing the proposed discovery plan";

4.      That Plaintiff here is a pro se party, thus, CDIL-LR 26.2 exempts the parties hereto from the control of F.R.Civ.P.26;

5.      That as a pro se party, Plaintiff has no attorney to arrange a meeting between the attorneys or to file a proposed discovery plan.

WHEREFORE, the Defendant Springfield Metro Sanitary District respectfully prays that this Honorable Court will provide direction to the parties as to how to proceed before the August 23, 2005 Status/Scheduling Conference.

                                                              Respectfully submitted,

                                                              Springfield Metro Sanitary District

                                                              By: /s/ Justin A. Reichert
                                                                     one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION FOR DIRECTION** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Troy L. Hamilton
1327 Dennison Dr., Apt. C
Springfield, Illinois 62704

by placing same in the regular United States Mail, and by placing same in Certified U.S. Mail, this _8th_ day of August, 2005.