UNITED STATES DISTRICT CURT

CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TROY L. HAMILTON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 05-3129 |
| Springfield Metro Sanitary District, | ) | |
| Defendant. | ) | |

**FILED**

SEP 15 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ENTRY OF APPEARANCE**

NOW COMES Ralph E. Williams to enter my appearance as counsel for Plaintiff in this matter. I certify that I am admitted to practice in this court.

9/15/05
Date

Ralph E. Williams, Attorney at Law

RALPH E. WILLIAM    Reg. No. 06203347
Attorney at Law
P.O. Box 3081
Springfield, Il. 62708
217-414-8290
Rewlawdog@aol.com

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served by enclosing same in an envelope, properly addressed, with postage fully pre-paid and by deposit ting said envelope in a U. S. Post Office Mail Box in Springfield, IL. On the 15th day of September, 2005.; said service was made in this manner upon the following person at the accompanying address.

Justin A. Reichert

Bruce Stratton

STRATTON, GIGANTI, STONE & KOPEC

725 South Fourth Street

Springfield, IL 62703

Notice will be electronically mailed to :

Jreichert@Stratton-law.com

_____
Ralph E. Williams, Attorney at Law.

RALPH E. WILLIAM     Reg. No. 06203347
Attorney at Law
P.O. Box 3081
Springfield, Il. 62708
217-414-8290
Rewlawdog@aol.com