UNITED STATES DISTRICT COURT
Central District of Illinois

Troy L. Hamilton,            )
    Plaintiff,           )
                             )
vs.                          )    Case No. 05-3129
                             )
Springfield Metro Sanitary District,  )
    Defendant.           )

## PROPOSED DISCOVERY PLAN

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant in the above entitled cause, by its attorneys Justin A. Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and submits to this Court, without the input of Plaintiff's counsel after multiple failed attempts to make contact, a Proposed Discovery Plan as follows:

1.    Time Periods for Amendment to Pleadings: N/A; opportunity for amendments have already been given by the Court and Plaintiff failed to amend.

2.    Admissions of Facts: Not at this time. Parties wish to reserve the opportunity to admit facts upon completion of written discovery, or as otherwise agreed upon by the Parties.

3.    Stipulation as to documents: Not at this time. Parties wish to reserve the opportunity to stipulate as to documents upon completion of written discovery, or as otherwise agreed by the Parties.

4.    Initial Disclosures pursuant to FRCP 26 (a) (1) must be made by: November 15, 2005.

5.    Number of depositions Plaintiff may take: Unlimited.

6.    Number of depositions Defendant may take: Unlimited.

7.    Plaintiff to disclose opinion witnesses by: December 31, 2005.
Plaintiff's opinion witnesses to be deposed by: March 31, 2006.

8.    Defendant to disclose opinion witnesses by: January 31, 2006.
Defendant's opinion witnesses to be deposed by: March 31, 2006.

9.    Number of opinion witnesses to be called: Unlimited.

10. All written discovery to be concluded by: January 31, 2006.

11. All non-opinion witnesses to be deposed by: March 31, 2006.

12. All discovery to be concluded by: April 30, 2006.

13. All pre-trial motions to be filed by: May, 31, 2006.

14. Possibility of Settlement: Remote.

15. Alternative Dispute Resolution advisable: No.

16. Case expected to be ready for trial by: June, 2006.

Respectfully submitted,

Springfield Metro Sanitary District

By: _____
one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

2