E-FILED
Tuesday, 18 October, 2005  02:02:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | |
|---|---|
| TROY L. HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 05-3129 |
| | ) |
| SPRINGFIELD METRO SANITARY DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on October 18, 2005, with Attorneys Ralph E. Williams and Bruce Stratton.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed.

2. February 28, 2006, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before February 28, 2006.

3. April 28, 2006, to file dispositive motions.
   No dispositive motions filed after April 28, 2006, will be considered by the Court.

4. August 4, 2006, at 10:00 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. August 14, 2006, at 9:00 a.m. for trial on the trailing trial calendar.

      6.    NO TESTIFYING EXPERTS TO BE USED.

NOTE: Parties are to comply, in addition to this scheduling order, with the Local and Federal Rules.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED: October 18, 2005.

COPIES MAILED TO: All attorneys of record.

                                                          s/Charles H. Evans
                                                       CHARLES H. EVANS
                                           United States Magistrate Judge