E-FILED
Monday, 13 February, 2006  07:16:56 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### Central District of Illinois

| | | |
|---|---|---|
| Troy L. Hamilton,         Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 05-3129 |
| Springfield Metro Sanitary District,         Defendant. | ) ) ) | |

### RENEWAL OF MOTION TO COMPEL AND AWARD SANCTIONS

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and for its Renewal of Motion To Compel and Award Sanctions, and states as follows:

1.  That on January 31, 2006, a teleconference was initiated by this Honorable Court for hearing on Defendant's Motion to Compel, Award Sanctions, and Modify Scheduling Order due to Plaintiff's failure to answer Defendant's Interrogatories, even after Defendant's multiple attempts to confer in good faith (Prior Motion attached with Exhibits). Present were the Honorable Judge Evans, Plaintiff's attorney Ralph Williams, and Defendant's attorney Justin Reichert.

2.  That during said teleconference, this Court ordered that Plaintiff must provide answers to Interrogatories to Defendant "no later than February 10, 2006, that the motion for Sanctions was denied "with leave to re-file and renew at a later date if need be for continued failure to comply with discovery requests," and that the Scheduling Order was modified to extend the date to complete discovery to March 31, 2006 and to extend the date to file dispositive motions to May 1, 2006 (Minute Entry is attached as Exhibit 8).

3.  That Plaintiff failed to serve a copy of the answers, and objections if any, on the Defendant, and has failed to do so as of this date.

4.  That because Plaintiff has been non-responsive to Defendant's discovery requests, Defendant's ability to properly complete discovery within the time limit set by the Scheduling Order may be hindered.

WHEREFORE, the Defendant, the Springfield Metro Sanitary District, respectfully prays that this Honorable Court Order the Plaintiff to serve answers to said Interrogatories on the Defendant by an immediate date deemed appropriate by this Court, to pay Sanctions to the Defendant, pursuant to F.R.Civ.P. 37 (a)(4), in the amount of the reasonable expenses and attorney's fees incurred in making this, and the last, Motion to Compel and Award Sanctions, and such other remedies as this Court deems just and reasonable.

Respectfully submitted,<br>
Springfield Metro Sanitary District<br>
<br>
By: ___*Justin Reichert*___<br>
one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION TO COMPEAL AND AWARD SANCTIONS** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708

by placing same in the regular United States Mail this  13thth   day of January, 2006.