## UNITED STATES DISTRICT COURT
### Central District of Illinois

Troy L. Hamilton,                )
        Plaintiff,          )
                                 )
        vs.                 )    Case No.  05-3129
                                 )
Springfield Metro Sanitary District,  )
        Defendant.          )

### SECOND RENEWAL OF MOTION TO COMPEL AND AWARD SANCTIONS

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and for its Renewal of Motion To Compel and Award Sanctions, and states as follows:

    1.    That on February 16, 2006, a teleconference was initiated by this Honorable Court for hearing on Defendant's Second Renewal of its Motion to Compel and Award Sanctions due to Plaintiff's failure to answer Defendant's Interrogatories, even after Defendant's multiple attempts to confer in good faith before the 1st Motion was filed (Prior Motions attached with Exhibits 1-8) and Defendant's renewal of Motion after Plaintiff again failed to provide answers to Defendant despite the Court's orders and Plaintiff's assurances. Present were the Honorable Judge Evans, Plaintiff's attorney Ralph Williams, and Defendant's attorney Justin Reichert.

    2.    That during said teleconference, this Court ordered that Plaintiff must provide answers to Interrogatories to Defendant "no later than February 17, 2006, that the motion for Sanctions was "deferred pending compliance by Atty Williams with this order." (Minute Entry is attached as Exhibit 9).

    3.    That on February 17, 2006 at approximately 3:30pm, Atty. Williams made telephone contact with Atty. Reichert to explain that he would not have the completed answers to provide to Defendant until the following day, February 18, 2006. Atty. Reichert agreed that he would wait until February 18, 2006 to receive the answers per Atty. Williams further assurances. (Email confirmation attached as Exhibit 10).

4.      That Plaintiff again failed to serve a copy of the answers, and objections if any, on the Defendant, and has failed to do so as of this date.

5.      That because Plaintiff has been non-responsive to Defendant's discovery requests, Defendant's ability to properly complete discovery within the time limit set by the Scheduling Order may be hindered.

WHEREFORE, the Defendant, the Springfield Metro Sanitary District, respectfully prays that this Honorable Court Order the Plaintiff to serve answers to said Interrogatories on the Defendant by an immediate date deemed appropriate by this Court, to pay Sanctions to the Defendant, pursuant to F.R.Civ.P. 37 (a)(4), in the amount of the reasonable expenses and attorney's fees incurred in making this and the previous two Motions to Compel and Award Sanctions, and such other remedies as this Court deems just and reasonable.

Respectfully submitted,
Springfield Metro Sanitary District


By: ___*Justin Reichert*___
        one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

CERTIFICATE OF SERVICE

      Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION TO COMPEL AND AWARD SANCTIONS** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708

by placing same in the regular United States Mail this  21st  day of February, 2006.