**Justin A. Reichert**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Thursday, February 16, 2006 2:51 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-03129-JES-CHE Hamilton v. Springfield Metro Sanitary District "Order on Motion to Compel" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CT, ilcd entered on 2/16/2006 at 2:51 PM CST and filed on 2/16/2006
**Case Name:**        Hamilton v. Springfield Metro Sanitary District
**Case Number:**      3:05-cv-3129
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ENTRY: for proceedings on 2/16/06. Telephone conference regardingRenewal of Motion to Compel and Award Sanctions (d/e 18) held. AttysWilliams and Reichert present. Atty Williams again assured the Court that theplaintiff's response to the defendant's discovery will be delivered to AttyReichert's office tomorrow, February 17, 2006. Motion to Compel (d/e 18)ALLOWED. Ruling on Sanctions deferred. Atty Williams is ordered tocomply with his assurance and provide Atty Reichert with the answers andresponses no later than Friday, February 17, 2006. The matter of sanctionsis deferred pending compliance by Atty Williams with this order. Entered byMag. Judge Evans on 2/16/06. (CT, ilcd)

The following document(s) are associated with this transaction:

**3:05-cv-3129 Notice will be electronically mailed to:**

Justin Allen Reichert    jreichert@stratton-law.com,

Bruce Stratton    bstratton@stratton-law.com,

Ralph E Williams    rewlawdog@aol.com,


EXHIBIT 9

**3:05-cv-3129 Notice will be delivered by other means to:**

2/20/2006

## Justin A. Reichert

**From:** Justin A. Reichert
**Sent:** Friday, February 17, 2006 4:40 PM
**To:** Ralph Williams (rewlawdog@aol.com)
**Subject:** Answers to Interrogatories

Ralph,

This email is to document that you called me at the office approximately an hour ago to notify me that you are unable to deliver the answers today as promised and compelled by the court. You said you would deliver them tomorrow by sliding them through the mail slot in my firm's front door. I will check tomorrow to see if they are here.

I am concerned that again you have not met deadlines set by law or the court, even when making assurances to do so. I expect to see the answers tomorrow. If there is a problem please let me know as you did today, although you should email as I may not be in the office all day.

Thanks,
Justin

>
> Justin Reichert
> mailto:jreichert@stratton-law.com
> **Stratton, Giganti, Stone & Kopec**
> 725 South Fourth Street
> Springfield, IL 62703
> Phone: 217.528.2183
> Fax: 217.528.1874
>
> **Statement of Confidentiality**
>
> This email and any files transmitted within it contain information from the law firm of Stratton, Giganti, Stone & Kopec which is confidential and/or privileged. This information is intended only for the use of the addressee named on this email. If you are not the addressee, please note that any disclosure, photocopying, distribution or use of the contents of this electronic information is strictly prohibited. If you have received this in error, please notify us immediately by telephone, collect if necessary.


EXHIBIT 10

2/20/2006