Page 1 of 2
E-FILED
Tuesday, 21 February, 2006  12:14:03 AM
Clerk, U.S. District Court, ILCD

# Justin A. Reichert

**From:** ECF_Returns@ilcd.uscourts.gov
**Sent:** Tuesday, January 31, 2006 4:18 PM
**To:** ECF_Notices@ilcd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-03129-JES-CHE Hamilton v. Springfield Metro Sanitary District "Order on Motion for Sanctions"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CT, ilcd entered on 1/31/2006 at 4:17 PM CST and filed on 1/31/2006
**Case Name:** Hamilton v. Springfield Metro Sanitary District
**Case Number:** 3:05-cv-3129
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ENTRY: for proceedings held 1/31/06. Telephone conferenceregarding Motion to Compel, Award Sanctions, and Modify Scheduling Order(d/e 17) held. Attys Ralph Williams and Justin Reichert present. AttyWilliams heard with regard to failure to serve responses to defendant's writteninterrogatories and assured Court that responses would be made no later thanFebruary 10, 2006. Motion (d/e 17) ALLOWED in part and DENIED in part.Motion for Sanctions is DENIED with leave to re-file and renew at a laterdate if need be for continued failure to comply with discovery requests.Motion to Compel is ALLOWED as to responses to pending writteninterrogatories. Motion to Modify Scheduling Order ALLOWED with regardto extending the date to complete discovery to and including March 31,2006, and extending the filing of dispositive motions to May 1, 2006,instead of May 31, 2006, as requested. All other dates in the 10/18/05scheduling order remain unchanged including the Final Pre-trial Conferenc! e set8/4/06 at 10:00 a.m. and the Trial set 8/14/06 at 9:00 a.m. Entered by Mag.Judge Evans on 1/31/06.(CT, ilcd)

The following document(s) are associated with this transaction:

**3:05-cv-3129 Notice will be electronically mailed to:**

Justin Allen Reichert    jreichert@stratton-law.com,

Bruce Stratton    bstratton@stratton-law.com,

Ralph E Williams    rewlawdog@aol.com,



2/13/2006