**E-FILED**
Tuesday, 21 February, 2006  12:14:24 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### Central District of Illinois

| | | |
|---|---|---|
| Troy L. Hamilton, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  05-3129 |
| | ) | |
| Springfield Metro Sanitary District, | ) | |
| Defendant. | ) | |

### MOTION TO COMPEL, AWARD SANCTIONS, AND MODIFY SCHEDULING ORDER

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin A. Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and for its Motion To Compel, Award Sanctions, and Modify Scheduling Order, and states as follows:

1.      That, pursuant to F.R.Civ.P. 33, Defendant served upon the Plaintiff's attorney of record, Ralph Williams, Interrogatories by email and U.S. Mail on or about December 14, 2005.

2.      That, pursuant to F.R.Civ.P. 33 (b)(3), a copy of the answers, and objections if any, were to be served on the Defendant within 30 days after the service of the interrogatories, in this case on or about January 14, 2006.

3.      That Plaintiff failed to serve a copy of the answers, and objections if any, on the Defendant on or about January 14, 2006, and has failed to do so as of this date.

4.      That a shorter or longer time to serve a copy of the answers, and objections if any, was not requested by Plaintiff nor directed by the court or agreed to in writing by the parties subject to F.R.Civ.P. 29.

5.      That Plaintiff's attorney did not claim the certified copy of said Interrogatories that were sent to the address (PO Box) given to Defendant's attorney by Plaintiff's attorney on the phone on December 14, 2005 (See attached Exhibit 4). Interrogatories sent by regular mail were not returned.

6.      That, pursuant to F.R.Civ.P 37 (a)(2), the Defendant has in good faith attempted to confer with the Plaintiff in an effort to secure the disclosure without court action, as evidenced in the attached Exhibits 1-3 and 5-6.

7.      That a Scheduling Order was entered by this Honorable Court on October 18, 2005 (attached as Exhibit 7) setting February 28, 2006 as the date to complete all discovery.

8.      That because Plaintiff has not responded to Interrogatories, Defendant's ability to properly assess its need to depose witnesses and complete discovery within the time limit set by the Scheduling Order will be hindered.

WHEREFORE, the Defendant, the Springfield Metro Sanitary District, respectfully prays that this Honorable Court Order the Plaintiff to serve answers to said Interrogatories on the Defendant by an immediate date deemed appropriate by this Court, to pay Sanctions to the Defendant, pursuant to F.R.Civ.P. 37 (a)(4), in the amount of the reasonable expenses and attorney's fees incurred in making this Motion to Compel and Award Sanctions, and such other remedies as this Court deems just and reasonable, and that this Honorable Court modify its Scheduling Order to allow for discovery to be completed by March 31, 2006 and dispositive motions to be filed by May 31, 2006.

Respectfully submitted,
Springfield Metro Sanitary District

By: ___*Justin A. Reichert*___
        one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

<u>CERTIFICATE OF SERVICE</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION TO COMPEAL, AWARD SANCTIONS, AND MODIFY SCHEDULING ORDER** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708

by placing same in the regular United States Mail this __24th__ day of January, 2006.