E-FILED
Tuesday, 21 February, 2006  12:14:36 AM
Clerk, U.S. District Court, ILCD

## Justin A. Reichert

**From:** Justin A. Reichert
**Sent:** Wednesday, December 14, 2005 2:54 PM
**To:** Ralph Williams (rewlawdog@aol.com)
**Cc:** Bruce Stratton
**Subject:** Interrogatories 12-14-05

Ralph,

Per our telephone conversation just a few minutes ago, I am emailing you the Interrogatories as an attachment. I am also mailing them to the address you just gave me: PO Box 3081, Springfield, IL  62708.

As we both acknowledged, our time is short to complete discovery. Therefore, I ask that you act as quickly as possible to respond with answers. I will do the same as soon as I receive your Interrogatories.

You also asked about the possibility of settlement. **I was wrong on the phone about the date of the Sanitary District Board meeting. It is December 20th. Therefore, I would like to have any settlement offer your client wishes to make before December 20th so I can communicate it to the Board on the 20th.** While I believe this case is headed for a summary judgment in favor of our client, they may find value in resolving this case without spending money on depositions (if we choose to depose anyone), further discovery, and dispositive motions. However, they are also concerned about setting a precedent of paying complainants for invalid claims in order to avoid legal expenses. With all of this in mind, I await any settlement offer your client wishes to make.

Thank you,
Justin Reichert


EXHIBIT 1

1/17/2006

# Justin A. Reichert

**From:** Justin A. Reichert
**Sent:** Monday, January 09, 2006 11:29 AM
**To:** Ralph Williams (rewlawdog@aol.com)
**Cc:** Bruce Stratton SBC
**Subject:** Defendant's interrogatories

Ralph,

Just a reminder that I mailed and emailed to you interrogatories on December 14th. With 28 days to respond, I expect to see your answers by the 12th of January.

You also stated on the phone with me on December 14th that you had some interrogatories for the defendant. I have received nothing yet. As a reminder, we are nearing the court's deadline for completion of all discovery on February 28, 2006.

Thanks,
Justin

> Justin Reichert
> mailto:jreichert@stratton-law.com
> **Stratton, Giganti, Stone & Kopec**
> 725 South Fourth Street
> Springfield, IL 62703
> Phone: 217.528.2183
> Fax: 217.528.1874

**Statement of Confidentiality**

This email and any files transmitted within it contain information from the law firm of Stratton, Giganti, Stone & Kopec which is confidential and/or privileged. This information is intended only for the use of the addressee named on this email. If you are not the addressee, please note that any disclosure, photocopying, distribution or use of the contents of this electronic information is strictly prohibited. If you have received this in error, please notify us immediately by telephone, collect if necessary.



EXHIBIT 2

1/17/2006

## Justin A. Reichert

**From:** REWLAWDOG@aol.com
**Sent:** Tuesday, January 10, 2006 10:35 AM
**To:** Justin A. Reichert
**Subject:** Re: Defendant's interrogatories

Thanks for the reminder, trying to get the information back to you as soon as possible, will stay in touch.

*Ralph E. Williams, REWLAWDOG*



1/17/2006

Justin A. Reichert
Stratton, Giganti, Stone and Kopec
725 South Fourth Street
Springfield, Illinois 62703

CERTIFIED MAIL

7005 1820 0005 0301 3177

Hasler
12/14/2005
$04.650
Mailed From 62703
US POSTAGE

Troy L. Hamilton
c/o Ralph Williams
P.O. Box 3081
Springfield, Illinois 62708

UNCLAIMED
RETURN TO SENDER

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy L. Hamilton
   c/o Ralph Williams
   P.O. Box 308
   Springfield, IL
   62708

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7005 1820 0005 0301 3177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT
4

# Justin A. Reichert

**From:** Justin A. Reichert
**Sent:** Wednesday, January 18, 2006 9:03 PM
**To:** Ralph Williams (rewlawdog@aol.com)
**Cc:** Bruce Stratton SBC
**Subject:** Failure to Answer Interrogatories

Ralph,

I just left a message on your cell phone notifying you that your answers to my interrogatories, emailed and mailed to the PO Box you gave me on 12/14/05, were due 30 days after you should have received such by mail. Local mail only takes one day to deliver. Therefore, 30 days after 12/15/05 was 1/14/06. It is now 4 days after that date and I have not received your answers nor have I heard from you by phone or email. I did remind you email on 1/9/06 that the answers would be due by 1/12/06. While that date was 2 days early, you responded that you were working on the answers. If you needed more time you should have contacted me, or petitioned the court for more time. Again, I remind you that we are short on time for discovery, and it appears at this point that you have done nothing in this case. I cannot allow you to compromise the discovery process in order to frustrate my client's defense. Therefore, I must hear from you by 4:00pm tomorrow, or I will file a Motion to Compel with the Court. If you have the answers, please submit them immediately.

Thanks,
Justin Reichert

> Justin Reichert
> mailto:jreichert@stratton-law.com
> **Stratton, Giganti, Stone & Kopec**
> 725 South Fourth Street
> Springfield, IL 62703
> Phone: 217.528.2183
> Fax: 217.528.1874

### Statement of Confidentiality

This email and any files transmitted within it contain information from the law firm of Stratton, Giganti, Stone & Kopec which is confidential and/or privileged. This information is intended only for the use of the addressee named on this email. If you are not the addressee, please note that any disclosure, photocopying, distribution or use of the contents of this electronic information is strictly prohibited. If you have received this in error, please notify us immediately by telephone, collect if necessary.



EXHIBIT 5

1/18/2006

## Justin A. Reichert

**From:** Justin A. Reichert
**Sent:** Thursday, January 19, 2006 5:39 PM
**To:** Ralph Williams (rewlawdog@aol.com)
**Cc:** Bruce Stratton SBC
**Subject:** Attempts to confer regarding failure to answer interrogatories

Ralph,

Per our phone conversation that we just had, you indicated that you would send me answers tomorrow, or have them to me by Monday. Therefore, I expect to receive your answers by the close of the business day (5pm) at my office on Monday. Since this was the first time I've heard from you since your email reply on 1/10/06, I have been concerned about your work on this case. Please understand that I will file a Motion to Compel first thing Tuesday morning if I don't have answers on Monday. I appreciate your anticipated cooperation.

Thanks,
Justin

> Justin Reichert
> mailto:jreichert@stratton-law.com
> **Stratton, Giganti, Stone & Kopec**
> 725 South Fourth Street
> Springfield, IL 62703
> Phone: 217.528.2183
> Fax: 217.528.1874

**Statement of Confidentiality**

This email and any files transmitted within it contain information from the law firm of Stratton, Giganti, Stone & Kopec which is confidential and/or privileged. This information is intended only for the use of the addressee named on this email. If you are not the addressee, please note that any disclosure, photocopying, distribution or use of the contents of this electronic information is strictly prohibited. If you have received this in error, please notify us immediately by telephone, collect if necessary.



EXHIBIT 6

1/24/2006

E-FILED
Tuesday, 18 October, 2005  02:02:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | |
|---|---|
| TROY L. HAMILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPRINGFIELD METRO SANITARY )<br>DISTRICT, )<br>)<br>Defendant. ) | NO. 05-3129 |

### SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on October 18, 2005, with Attorneys Ralph E. Williams and Bruce Stratton.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed.

2. February 28, 2006, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before February 28, 2006.

3. April 28, 2006, to file dispositive motions.
   No dispositive motions filed after April 28, 2006, will be considered by the Court.

4. August 4, 2006, at 10:00 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. August 14, 2006, at 9:00 a.m. for trial on the trailing trial calendar.


EXHIBIT 7

1

6. NO TESTIFYING EXPERTS TO BE USED.

NOTE: Parties are to comply, in addition to this scheduling order, with the Local and Federal Rules.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED: October 18, 2005.

COPIES MAILED TO: All attorneys of record.

s/Charles H. Evans
CHARLES H. EVANS
United States Magistrate Judge