## UNITED STATES DISTRICT COURT
### Central District of Illinois

| | |
|---|---|
| Troy L. Hamilton,                              ) | |
|       Plaintiff,            ) | |
|                             ) | |
|       vs.                   ) | Case No.  05-3129 |
|                             ) | |
| Springfield Metro Sanitary District,           ) | |
|       Defendant.           ) | |

### NOTICE OF PLAINTIFF'S COMPLIANCE AND FILING OF AFFADAVIT OF EXPENSES

    COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and for its NOTICE OF PLAINTIFF'S COMPLIANCE AND FILING OF AFFADAVIT OF EXPENSES, and states as follows:

    1.    That on February 22, 2006, this Honorable Court, in response to Defendant's Second Renewal of its Motion to Compel and Award Sanctions due to Plaintiff's failure to answer Defendant's Interrogatories, entered a Text Order (attached as Exhibit 11) that ordered Plaintiff to provide answers to Defendant by February 27, 2006.

    2.    That the Text Order also directed Defendant to notify the Court as to Plaintiff's compliance by February 28, 2006.

    3.    That the Text Order also deferred Defendant's request for expenses, including attorney's fees, and directed Defendant to file an affidavit setting forth the expenses sought for the Court's review, specifying no particular date by which the affidavit was to be filed.

    4.    That Defendant failed to notify the Court as to Plaintiff's compliance by February 28, 2006, and had failed to do so until now, having misread the Text Order to say that no particular date was given for the notice of Plaintiff's compliance as was the case for filing the affidavit of expenses.

     5.     That, to date, Defendant had not filed an affidavit setting forth the expenses sought for the Court's review.

     6.     That on March 9, 2006, the Court entered a Text Order (attached as Exhibit 12) setting forth the terms of the February 22, 2006 Text Order again, although incorrectly indicating that the affidavit was also to be filed by February 28, 2006.

     7.     That in order to comply with the Court's order on notice of Plaintiff's compliance, Defendant does hereby state that on February 27, 2006, at approximately 4:30pm, Plaintiff's attorney Ralph Williams delivered by hand Plaintiff's responses to Defendant's Interrogatories to the law offices of Stratton, Giganti, Stone & Kopec.

     8.     That Defendant also hereby attaches an affidavit, with supporting documents, setting forth the expenses sought for this Court's review and consideration of Defendant's Motions for Sanctions (attached as Exhibit 13).

WHEREFORE, the Defendant, the Springfield Metro Sanitary District, respectfully prays that this Honorable Court will take notice of matters set forth herein, and order the Plaintiff to pay Sanctions to the Defendant, pursuant to F.R.Civ.P. 37 (a)(4), in the amount of the reasonable expenses and attorney's fees incurred in making all three of Defendant's Motions to Compel and Award Sanctions, and such other remedies as this Court deems just and reasonable.

                                                Respectfully submitted,
                                                Springfield Metro Sanitary District

                                                By: ___*Justin Reichert*___
                                                        one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **NOTICE OF PLAINTIFF'S COMPLIANCE AND FILING OF AFFADAVIT OF EXPENSES** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708


by placing same in the regular United States Mail this 10th day of March, 2006.