**Justin A. Reichert**

From: ECF_Returns@ilcd.uscourts.gov
Sent: Wednesday, February 22, 2006 10:41 AM
To: ECF_Notices@ilcd.uscourts.gov
Subject: Activity in Case 3:05-cv-03129-JES-CHE Hamilton v. Springfield Metro Sanitary District "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CT, ilcd entered on 2/22/2006 at 10:41 AM CST and filed on 2/22/2006
**Case Name:**      Hamilton v. Springfield Metro Sanitary District
**Case Number:**    3:05-cv-3129
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER: This matter is before the Court on Defendant's Second Renewal of Motion to Compel and Award Sanctions (d/e 19). Defendant asserts that Plaintiff has failed to answer Defendant's Interrogatories despite previous motions to compel and orders by the Court. The Motion to Compel is ALLOWED, in part. Plaintiff is directed to answer the interrogatories by February 27, 2006. If he fails to do so, his case will be dismissed. See Fed. R. Civ. P. 37(b)(2)(C). Defendant is directed to inform the Court as to Plaintiff's compliance by February 28, 2006. The Court defers ruling on Defendant's request for expenses, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(4). Defendant is directed to file an affidavit setting forth the expenses sought for the Court's review.Entered by Judge Jeanne E. Scott on 2/21/2006. (CT, ilcd)

The following document(s) are associated with this transaction:


**3:05-cv-3129 Notice will be electronically mailed to:**

Justin Allen Reichert    jreichert@stratton-law.com,

Bruce Stratton    bstratton@stratton-law.com,

Ralph E Williams    rewlawdog@aol.com,

**3:05-cv-3129 Notice will be delivered by other means to:**


Exhibit 11

3/9/2006

## Justin A. Reichert

**From:** ECF_Returns@ilcd.uscourts.gov
**Sent:** Thursday, March 09, 2006 1:36 PM
**To:** ECF_Notices@ilcd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-03129-JES-CHE Hamilton v. Springfield Metro Sanitary District "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CT, ilcd entered on 3/9/2006 at 1:35 PM CST and filed on 3/9/2006
**Case Name:**        Hamilton v. Springfield Metro Sanitary District
**Case Number:**      3:05-cv-3129
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER: Pending before the Court are Defendant's Renewal of Motion to Compel and Award Sanctions (d/e 18) and Second Renewal of Motion to Compel and Award Sanctions (d/e 19). By order dated February 22, 2006, this Court directed Plaintiff to answer the interrogatories at issue by February 27, 2006 and Defendant to inform the Court as to Plaintiff's compliance and to file an affidavit setting forth the expenses sought for the Court's review by February 28, 2006. To date, nothing has been filed informing the Court as to Plaintiff's compliance. Thus, if Defendant wishes to proceed on its Motions, the Court directs Defendant to file the requested status report and affidavit by March 17, 2006. If Defendant fails to comply, the Court will assume that the parties have resolved the matter and the pending Motions to Compel will be denied as moot. Entered by Judge Jeanne E. Scott on 3/9/2006. (cc: all counsel) (CT, ilcd)

The following document(s) are associated with this transaction:

**3:05-cv-3129 Notice will be electronically mailed to:**

Justin Allen Reichert    jreichert@stratton-law.com,

Bruce Stratton    bstratton@stratton-law.com,

Ralph E Williams    rewlawdog@aol.com,

[handwritten: Exhibit 12]

**3:05-cv-3129 Notice will be delivered by other means to:**

3/9/2006

## UNITED STATES DISTRICT COURT
**Central District of Illinois**

| | |
|---|---|
| Troy L. Hamilton,<br>       Plaintiff,<br><br>vs.<br><br>Springfield Metro Sanitary District,<br>       Defendant. | )<br>)<br>)<br>)  Case No. 05-3129<br>)<br>)<br>) |

### AFFADAVIT OF EXPENSES

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and in support of its MOTIONS TO AWARD SANCTIONS set forth the AFFADAVIT OF EXPENSES as follows:

1.    For the period of January 2, 2006 through February 1, 2006 (bill attached as Exhibit 14): Legal Research on FRCP for Sanctions; Drafting Motion to Compel and Award Sanctions; Filing Motion; 1/31/06 at 10am Teleconference with Judge Evans on Motions.

                                  **2.5 hours**                **$437.50**

2.    For the period of February 1, 2006 through March 1, 2006 (bill attached as Exhibit 15): Drafting Motion to Compel and Award Sanctions; Filing Motion.

                                  **1.0 hours**                **$175.00**

Participation in 2/16/06 hearing on 2nd Motion (Renewal of Motions to Compel and Award Sanctions)

                                  **0.5 hours**                **$87.50**

Drafting and Filing of 2/21/06 3rd Motion (2nd Renewal of Motions)

                                  **.75 hours**                **$131.25**

3.    The total of all time spent on Motions to Compel and Award Sanctions, and the total bill to Defendant for such time is as follows:

[Exhibit 13]

1

| | | |
|---|---|---|
| **Totals**………………….. | **4.75 hours** | **$831.25** |

WHEREFORE, the Defendant, the Springfield Metro Sanitary District, respectfully prays that this Honorable Court will order the Plaintiff to pay Sanctions to the Defendant, pursuant to F.R.Civ.P. 37 (a)(4), in the amount of the reasonable expenses and attorney's fees, set for herein, incurred in making Defendant's Motions to Compel and Award Sanctions.

Respectfully submitted,
Springfield Metro Sanitary District

By: _____
one of its attorneys

Subscribed and sworn to before me
this __10__ day of __March__, 2006.

_____
NOTARY PUBLIC

OFFICIAL SEAL
K PRATT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-6-2009

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

2

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **AFFADAVIT OF EXPENSES** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois 62708

by placing same in the regular United States Mail this 10th day of March, 2006.

**Stratton and Reichert**
Attorneys at Law
725 South Fourth Street
Springfield, Illinois
62703

Phone: 217-528-2183
Fax: 217-525-6885

February 1, 2006

Mr. Robert A. Alvey, Director
Springfield Metro Sanitary District
3017 North Eighth Street Road
Springfield, IL  62707

   Attn: Mr. Robert A. Alvey
FAX:  528-0497

RE:   **Troy L. Hamilton v. Springfield Metro Sanitary District, 05-3129**

Legal work on Federal suit from Troy Hamilton from January 2, 2006 through February 1, 2006:

   Email and Telephone Attempts and Communications to Plaintiff's Counsel; Drafting of Motion (Motion to Modify portion only)

|  |  |
|---|---|
| **1.0 hours** | **$175.00** |

   Legal Research; Drafting Motion to Compel and Award Sanctions; Filing Motion; Teleconference with Judge Evans on Motions.

|  |  |
|---|---|
| **2.5 hours** | **$437.50** |

TOTAL     $612.50

Exhibit 14

*Stratton & Reichert's litigation rate increased to $175 per hour effective January 1, 2006

**Stratton and Reichert**
Attorneys at Law
725 South Fourth Street
Springfield, Illinois
62703

Phone: 217-528-2183
Fax: 217-525-6885

March 1, 2006

Mr. Robert A. Alvey, Director
Springfield Metro Sanitary District
3017 North Eighth Street Road
Springfield, IL 62707

  Attn: Mr. Robert A. Alvey
FAX: 528-0497

RE: **Troy L. Hamilton v. Springfield Metro Sanitary District, 05-3129**

Legal work on Federal suit from Troy Hamilton from February 1, 2006 through March 1, 2006:

  Drafting Motion to Compel and Award Sanctions; Filing Motion.

                        **1.0 hours**        **$175.00**

  Participation in 2/16/06 hearing on 2nd Motion (Renewal of Motions to Compel and Award Sanctions)

                        **0.5 hours**        **$87.50**

  Drafting and Filing of 2/21/06 3rd Motion (2nd Renewal of Motions)

                        **.75 hours**        **$131.25**

  Review of Answers to Interrogatories and Court's Docket Entries

                        **0.75 hours**       **$131.25**

                                                **TOTAL**    **$525.00**

Exhibit 15