UNITED STATES DISTRICT COURT
Central District of Illinois

Troy L. Hamilton,                          )
       Plaintiff,                )
                                 )
       vs.                       )   Case No. 05-3129
                                 )
Springfield Metro Sanitary District,       )
       Defendant.                )

### NOTICE OF DISCOVERY DEPOSITION

To:    Troy L. Hamilton
        c/o Ralph Williams, Esq.
        PO Box 3081
        Springfield, Illinois 62708

**PLEASE TAKE NOTICE** that on Friday, March 24, 2006 at 9am the undersigned shall take the deposition of the Plaintiff, Troy L. Hamilton, at the law offices of Stratton, Giganti, Stone & Kopec, 725 South Fourth Street, Springfield, Illinois 62703, for the purpose of discovery before a Notary Public, in and for the State of Illinois.

                                                                        Respectfully Submitted,
                                                                        Springfield Metro Sanitary District, Defendant

                                                                        By: _____
                                                                                One of Its Attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703

                                        217-528-2183

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **NOTICE OF DISCOVERY DEPOSITION** was made by mailing a true and correct copy thereof in a sealed envelope, this __10th__ day of March, 2006, postage paid fully to:

Troy L. Hamilton
c/o Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois 62708

Capitol Reporting Service
2021 Timberbrook Drive
Springfield, IL 62702
(217) 787-6167

and that the original was filed in the Clerk of the Court in which said cause is pending.

_____
Justin Reichert, Attorney for Defendant

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

4

UNITED STATES DISTRICT COURT
Central District of Illinois

Troy L. Hamilton, )
       Plaintiff, )
)
vs. ) Case No. 05-3129
)
Springfield Metro Sanitary District, )
       Defendant. )

## SUBPOENA FOR DEPOSITION

To:   Troy L. Hamilton
       c/o Ralph Williams, Esq.
       PO Box 3081
       Springfield, Illinois 62708

**YOU ARE COMMANDED to: Give you deposition on Friday, March 24, 2006, at 9am before a notary public at the law offices of Stratton, Giganti, Stone & Kopec, 725 South Fourth Street, Springfield, Illinois 62703.**

YOU ARE ALSO COMMANDED to bring the following: ____(N/A)____ in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

1

## AFFADAVIT OF SERVICE

STATE OF ILLINOIS              )
                               )  SS.
COUNTY OF SANGAMON             )

    On Friday, March 10, 2006, before me, a notary public, in and for the above county and state, personally appeared Justin Reichert, the affiant, of Springfield, Illinois. Being sworn, stated that:

1.    A copy of the attached subpoena was mailed to the deponent:

Name:    Troy L. Hamilton
Address:    c/o Ralph Williams, Esq.
    PO Box 3081
    Springfield, Illinois 62708

2.    Enclosed was (Stratton & Reichert) check # 1493 in the amount of $20.00 for the deposition fee and mileage.

3.    The subpoena and check were mailed at least seven days prior to the date of the deposition.

_____
Justin Reichert, Affiant

SUBSCRIBED and SWORN to before me this 10 day of March 2006.

_____
Notary Public

OFFICIAL SEAL
K PRATT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-6-2009

Cc:    Capitol Reporting Service
    2021 Timberbrook Drive
    Springfield, IL 62702
    (217) 787-6167