**E-FILED**
Friday, 17 March, 2006  10:58:46 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### Central District of Illinois

| | | |
|---|---|---|
| Troy L. Hamilton, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  05-3129 |
| | ) | |
| Springfield Metro Sanitary District, | ) | |
| Defendant. | ) | |

### NOTICE OF DISCOVERY DEPOSITION

To:    Mr. Robert A. Alvey, Director
       Springfield Metro Sanitary District
       3017 N 8th Street Rd
       Springfield, Illinois  62707

**PLEASE TAKE NOTICE** that on  Friday, March 24, 2006 at  10:30am the undersigned shall take the deposition of Mr. Robert A. Alvey, Director of the Springfield Metro Sanitary District, at the law offices of Stratton, Giganti, Stone & Kopec, 725 South Fourth Street, Springfield, Illinois  62703, for the purpose of discovery before a Notary Public, in and for the State of Illinois.

Respectfully Submitted,
Springfield Metro Sanitary District, Defendant

By: _____
One of Its Attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

1

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **NOTICE OF DISCOVERY DEPOSITION** was made by mailing a true and correct copy thereof in a sealed envelope, this __17th__ day of March, 2006, postage paid fully to:

Mr. Robert A. Alvey, Director
Springfield Metro Sanitary District
3017 N 8th Street Rd
Springfield, Illinois  62707


Troy L. Hamilton
c/o Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708


Capitol Reporting Service
2021 Timberbrook Drive
Springfield, IL  62702
(217) 787-6167


and that the original was filed in the Clerk of the Court in which said cause is pending.

_____
Justin Reichert, Attorney for Defendant


Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

2