**UNITED STATES DISTRICT COURT**
**Central District of Illinois**

| | |
|---|---|
| Troy L. Hamilton, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-3129 |
| ) | |
| Springfield Metro Sanitary District, ) | |
|     Defendant. ) | |

**NOTICE OF FILING OF DISCOVERY DEPOSITION**

To:  Troy Hamilton
     c/o Ralph Williams, Esq.
     PO Box 3081
     Springfield, Illinois  62708

**PLEASE TAKE NOTICE** that pursuant to S.Ct. Rule 207(b)(2), requiring that the party causing a deposition to be filed shall promptly serve notice on the other parties, Defendant, Springfield Metro Sanitary District, by and through its attorneys, Justin Reichert and Bruce Stratton, has filed the deposition transcript of Mr. Robert A. Alvey, Director of the Springfield Metro Sanitary District, with this Honorable Court. A copy of said Deposition Transcript may be obtained from Capitol Reporting Service, 2021 Timberbrook Drive, Springfield, IL  62702, (217) 787-6167.

Respectfully Submitted,
Springfield Metro Sanitary District, Defendant

By: ___*Justin Reichert*___
    One of Its Attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **NOTICE OF FILING OF DISCOVERY DEPOSITION** was made by mailing a true and correct copy thereof in a sealed envelope, this 1st day of May, 2006, postage paid fully to:

Troy L. Hamilton
c/o Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708


Capitol Reporting Service
2021 Timberbrook Drive
Springfield, IL  62702
(217) 787-6167


and that the original was filed in the Clerk of the Court in which said cause is pending.

_____
Justin Reichert, Attorney for Defendant


Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183