### UNITED STATES DISTRICT COURT
### Central District of Illinois

| | |
|---|---|
| Troy L. Hamilton, )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>Springfield Metro Sanitary District, )<br>      Defendant. ) | Case No. 05-3129 |

### MOTION FOR SUMMARY JUDGMENT

COMES NOW the Springfield Metro Sanitary District, an Illinois unit of local government, the Defendant, in the above entitled cause, by its attorneys Justin Reichert and Bruce Stratton of Stratton, Giganti, Stone & Kopec, and hereby moves this Honorable Court to enter Summary Judgment in Defendant's favor, pursuant to Rule 56 of the Federal Rules of Civil Procedure, thereby dismissing the action on the ground that there is no genuine issue as to any material fact, and that Defendant is entitled to judgment as a matter of law.

In support hereof, there is attached the following:

1) Memorandum in Support of Motion for Summary Judgment,
- Being sent to the Court as hard copies under separate cover are the following:
2) Copies of all Alvey Deposition Exhibits, numbered accordingly: (1) the District Personnel Policy Manual, (2) Plaintiff's Employment Information Sheet, (3) the District's Drug & Alcohol Abuse Policy Initialed by Plaintiff, (4) the Notice of Employee's Random Drug Test for March 2004, (5) Plaintiff's Random Drug Test Results of March 17, 2004, (6) Plaintiff's Random Drug Test Results of March 26, 2004, (7) Plaintiff's Employee Evaluation of February 19, 2002, (8) Plaintiff's Employee Evaluation July through November 2003, and (9) Collective Bargaining Agreement Between the District and Plaintiff's Union,
3) Exhibit 10, Plaintiff's Signed Random Drug Testing Form,
4) Exhibit 11, Plaintiff's Complaint,
5) Exhibit 12, Defendant's Answer,
6) Exhibit 13, Interrogatories to Plaintiff,

7) Exhibit 14, Plaintiff's Response to Interrogatories,

8) Exhibit 15, Copy of *Ballance* case,

9) Exhibit 16, Copy of *Luckie* case, and

10) Exhibit 17, Nyberg Affadavit.

Respectfully submitted,
Springfield Metro Sanitary District


By: ___*Justin Reichert*___
one of its attorneys

Justin A. Reichert (#6276768)
Bruce Stratton
Stratton, Giganti, Stone & Kopec
725 South Fourth St.
Springfield, Illinois 62703
217-528-2183

CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION FOR SUMMARY JUDGMENT** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Troy L. Hamilton
c/o Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708


by placing same in the regular United States Mail this  1st  day of May, 2006.

_____