```
 1                UNITED STATES DISTRICT COURT
                    Central District of Illinois
 2

 3   TROY L. HAMILTON,

 4              Plaintiff,

 5         -vs-                          NO. 05-3129

 6   SPRINGFIELD METRO SANITARY DISTRICT,

 7              Defendant.

 8

 9

10                        FILED

11                     MAY 01 2006

12                  JOHN M. WATERS, Clerk
                    U.S. DISTRICT COURT
13              CENTRAL DISTRICT OF ILLINOIS

14

15        Deposition of ROBERT ANDREW ALVEY, taken at the

16   instance of the Defendant, before Jennifer L. Crowe,

17   CSR and Notary Public, on the 24th day of March,

18   2006, at the hour of 10:30 a.m., at 725 South Fourth

19   Street, Springfield, Illinois.

20

21             CAPITOL REPORTING SERVICE, INC.
                    2021 Timberbrook Dr.
22              Springfield, Illinois 62702
                       (217)-787-6167
23

24
```