UNITED STATES DISTRICT COURT
Central District of Illinois

Troy L. Hamilton,                              )
    Plaintiff,                              )
                                               )
vs.                                            )   Case No. 05-3129
                                               )
Springfield Metro Sanitary District,           )
    Defendant.                              )

**FILED**

MAY 0 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# HARD COPIES OF EXHIBITS

# UNDER SEPARATE COVER

# FILED WITH COURT

# IN SUPPORT OF

# DEFENDANT'S MOTION

# FOR

# SUMMARY JUDGMENT