E-FILED
Friday, 02 June, 2006   11:40:07 AM
Clerk, U.S. District Court, ILCD

CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MOTION FOR SUMMARY JUDGMENT** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Troy L. Hamilton
c/o Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois  62708

by placing same in the regular United States Mail this  1st  day of May, 2006.

_Justin Reichert_

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was made by mailing a true and correct copy thereof in a sealed envelope, postage fully to:

Ralph Williams, Esq.
PO Box 3081
Springfield, Illinois 62708

by placing same in the regular United States Mail this  1st  day of May, 2006.

_____