AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TROY L. HAMILTON**

    vs.                                  Case Number:   **05-3129**

**SPRINGFIELD METRO SANITARY DISTRICT**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Jeanne E. Scott: Judgment is entered in favor of the defendant, Springfield Metro Sanitary District and against the plaintiff, Troy Hamilton.-------------------------------------------------------------------------------------------------------------------------

                                      ENTER this 9th  day of June, 2006

                                      JOHN M. WATERS, CLERK

                                      _____s/Christy Taylor_____
                                      BY:  DEPUTY CLERK